UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA D. DOWLING.,

Petitioner,

-against-

FEDERAL BUREAU OF INVESTIGATION; PRESIDING JUDGE OF HUDSON COUNTY COURTS, NEW JERSEY.,

Respondents.

26 CIVIL 004458 (GBD)

**CIVIL JUDGMENT**

For the reasons stated in the, August 4, 2026, Order, this Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). This Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 11, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge